MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
         trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY J. GREENE, an individual<br><br>Plaintiff,<br>vs.<br><br>US LEGAL GROUP, an unknown entity,<br><br>Defendant. | Case No.: 2:16-cv-00642<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, TIMOTHY J. GREENE certifies that the following have an interest in the outcome of this case:

TIMOTHY J. GREENE, Plaintiff

US LEGAL GROUP, an unknown entity.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated this 23rd day of March 2016.

                                                                           **THE BOURASSA LAW GROUP, LLC**

                                                                           */s/ Mark J. Bourassa*
                                                                           MARK J. BOURASSA, ESQ. (7999)
                                                                           TRENT L. RICHARDS, ESQ. (11448)
                                                                           *Attorneys for Plaintiff*