MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
          trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY J. GREENE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>US LEGAL GROUP, an unknown entity,<br><br>Defendant. | Case No.: 2:16-cv-00642-JAD-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Defendant, US LEGAL GROUP is hereby voluntarily dismissed from the above-entitled action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i). Defendant has not filed any responsive pleading in this matter and has not incurred any filing fees. As such, this action is now dismissed in its entirety.

DATED this 15th day of July 2016.

THE BOURASSA LAW GROUP

MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
*Attorney for Plaintiff*

- 1 -